IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Deborah A. Nichols, etc.

Plaintiff

versus

CIVIL 1: 17cv839

NCI, Inc., et al

Defendants

ORDER

No response having been received to the Court's Order of January 3, 2018, it is accordingly ORDERED that this action is dismissed without prejudice pursuant to F. R. Civ. P. 4(m).

/s/

Liam O'Grady
United States District Judge

February 5, 2018
Alexandria, Virginia